UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN McCORMACK,

    Defendant.

Criminal No. 24-30189

Originating No. 24-30032-MGM

**GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant JONATHAN McCORMACK to answer to charges pending in another federal district, and states:

1. On May 17, 2024, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the District of Massachusetts. Defendant is charged in that district with a wire fraud and money laundering.

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

                                      Respectfully submitted,

                                      DAWN N. ISON
                                      United States Attorney

                                      s/BLAINE LONGSWORTH
                                      Assistant United States Attorney
                                      600 Church Street, Suite 200
                                      Flint, MI  48502
                                      Blaine.longsworth@usdoj.gov
                                      (810) 766-5177

Dated:  May 17, 2024